## FLETCHER v. STATE.
### No. 26267.

Court of Criminal Appeals of Texas.
Feb. 18, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Upon a trial before the court, a jury being waived, appellant was adjudged guilty and fined $100 for the offense of driving while intoxicated.

The record contains no statement of facts and no bills of exception. The proceedings are regular.

The judgment is affirmed.